UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16-cr-1439-GPC |
|---|---|
| Plaintiff, | **ORDER DENYING UNITED STATES' MOTION TO DISMISS** |
| v. | [ECF No. 21] |
| FARAH VELAZCO-GONZALEZ, | |
| Defendant. | |

The government filed a motion to dismiss the indictment without prejudice. (ECF. No. 21.) The only reason given for the dismissal is that the "motion is made in the interest of justice." (Id. at 2.) This constitutes an "insufficient statement of reasons" for a request for dismissal under Federal Rule of Criminal Procedure 48(a). See United States v. Olmos-Gonzales, 993 F. Supp. 2d 1234, 1235-36 *1-2 (S.D. Cal. 2014). Accordingly, the Court DENIES the government's motion to dismiss the indictment without prejudice to refiling the motion with a sufficient statement of reasons.

IT IS SO ORDERED.

DATED: August 30, 2016

HON. GONZALO P. CURIEL
United States District Judge