# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FARAH VELAZCO-GONZALEZ,<br><br>    Defendant. | Case No.: 16CR1439-GPC<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

**IT IS HEREBY ORDERED**, upon motion by The UNITED STATES OF AMERICA, that the indictment in the above-captioned case is dismissed without prejudice in the interest of justice.

**SO ORDERED.**

Dated: August 31, 2016

Hon. Gonzalo P. Curiel
United States District Judge